# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO   Spokane

December 11, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 11, 2017**

SEAN F. McAVOY, CLERK

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

Honorable John T. Rodgers
United States Magistrate Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA 99210

         **RE:** LOPEZ, Sergio Lavelle
         **Docket No.:** 2:17CR00101-WFN-13
         **<u>Violation Report/Request to Modify</u>**
         **<u>Conditions of Pretrial Release Supervision</u>**

Dear Judge Rodgers:

On June 15, 2017, Mr. Lopez appeared before the Court for the purpose of an initial appearance. The government filed a motion for detention and a bail hearing was scheduled. Subsequently, the defendant was remanded to custody pending further order of the Court.

On June 19, 2017, the defendant appeared before the Court for the purpose of a bail hearing. The Court ordered Mr. Lopez to be released from custody under conditions of pretrial release supervision.

On June 21, 2017, the undersigned officer reviewed and signed the conditions of pretrial release supervision with the defendant.

On August 18, 2017, the undersigned officer submitted a violation report alleging Mr. Lopez tested positive for the presence of marijuana on June 26, 2017. The Court took no action as it appeared this positive result was residual from Mr. Lopez's use of marijuana prior to his arrest in the instant federal matter.

Mr. Lopez's next scheduled court appearance is March 19, 2018, before the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge.

The purpose of this letter is to request a modification of Lopez's conditions of pretrial release supervision.

Currently, special condition #28 requires Mr. Lopez to be subjected to either electronic or GPS monitoring. Mr. Lopez has maintained regular contact with the undersigned officer and has complied with the conditions of pretrial release supervision. Therefore, the undersigned officer believes GPS monitoring is no longer necessary to assure safety to the community or risk of nonappearance.

The undersigned officer contacted the assistant U.S. attorney and defense counsel. Neither party objects to the removal of special condition #28.

Based on the information contained in this report, the undersigned officer respectfully recommends that special condition #28 be removed from Mr. Lopez's order of release (CM/ECF document # 195).

Should the Court have any further questions, please contact the undersigned officer.

    Respectfully submitted,

    Matthew L. Thompson
    Chief U.S. Probation Officer

    s/Erik Carlson                      12/11/2017
    Erik Carlson                           Date
    U.S. Probation Officer


Approved By:

s/Tommy Rosser        12/11/2017
Tommy Rosser           Date
Supervisory U.S. Probation Officer

[ X ]    Court orders the removal of special condition #28
[   ]    Court denies the modification request
[   ]    Other

_____
Signature of Judicial Officer

    December 11, 2017
_____
Date