PROB 12C
(6/16)

Report Date: February 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sergio Lavelle Lopez          Case Number: 0980 2:17CR00101-WFN-13

Address of Offender:                            Washington 99217

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 16, 2018

Original Offense:       Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine,
                        21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:      Prison - Time Served          Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    Timothy John Ohms             Date Supervision Commenced: October 16, 2018

Defense Attorney:       Federal Defenders Office      Date Supervision Expires: October 15, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 by committing fourth degree assault domestic violence on or about January 29, 2021.<br><br>On October 19, 2018, Mr. Lopez' conditions of supervision were reviewed and he signed said conditions, acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another federal, state or local crime.<br><br>According to Spokane Police incident report 2021-20016907, on January 31, 2021, the victim's mother contacted the Spokane Police Department to report her daughter had been assaulted by the offender. She stated the victim's friend informed her of the assault and had sent her pictures of her daughter's injuries. The images provided to law enforcement depicted a female with a knot on her forehead, a bloody lip, and bloody ear.<br><br>On this same date, the victim was contacted by Spokane Police Department at her place of employment. The responding officer observed the victim was wearing a lot of makeup, a |

Prob12C
**Re: Lopez, Sergio Lavelle**
**February 4, 2021**
**Page 2**

mask, and had her hair covering her ears. The officer also observed a discolored mark on the side of her forehead. When questioned about the alleged domestic violence incident, the victim stated she and the offender had been drinking and an argument ensued. During the argument, she reportedly pushed Mr. Lopez and he pushed her back causing her to hit a wall and mirror. She denied that Mr. Lopez hit her.

Upon further observation of the victim, the officer noticed the victim's ears appeared to have significant bruising, her lower lip was swollen, and the bridge of her nose was bruised and swollen. She refused medical treatment and indicated she did not want the police to be involved.

Later that day, an officer went to the victim's residence in an effort to contact the offender. Mr. Lopez was not located at the residence, however, the officer observed dried blood on the door knob, door frame, and blood droplets on the steps outside the home.

Given the above information, a probable cause warrant was issued for fourth degree assault domestic violence. The offender turned himself in to Spokane County Jail on February 3, 2021, and was released on his own recognizance on this same date. Further, he was ordered to have no contact with the victim.

Mr. Lopez is scheduled to appear in Spokane Municipal Court for a pretrial conference on February 17, 2021, for case number 21-1063.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 4, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/4/2021
Date