PROB 12C
(6/16)

Report Date: January 3, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2022

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sergio Lavelle Lopez | Case Number: 0980 2:17CR00101-WFN-13 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 16, 2018

Original Offense:    Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - Time Served (5 days)<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: October 16, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 15, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 by committing the offenses of driving under the influence and driving without an ignition interlock device.<br><br>On October 19, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another federal, state or local crime.<br><br>According to Spokane Police Department incident report 2022-20000047, on January 1, 2022, Mr. Lopez was observed driving southbound on a northbound roadway, driving head-on toward an officer's patrol vehicle. The officer initially activated his emergency lights to visually warn the driver of his mistake, as he thought the driver might be confused due to the snow on the roadway.  The offender's vehicle proceeded to swerve into the southbound lane and then continued to travel southbound on the northbound roadway.  The officer activated his emergency lights to conduct a traffic stop, at which time the vehicle turned into an alley. |

Prob12C
Re: Lopez, Sergio Lavelle
January 3, 2022
Page 2

The driver continued to drive slowly down the alleyway and ultimately stopped.

When the officer approached the vehicle, he observed a clear plastic cup in the center console that appeared to contain beer. The offender was also observed to have droopy, bloodshot, and watery eyes. Additionally, the odor of alcohol was emitting from the offender's breath, as well as from the inside of the vehicle. Subsequently, Mr. Lopez was directed to exit the vehicle.

Mr. Lopez initially agreed to participate in standardized field sobriety testing, but after having difficulty with one of the tests, he refused to participate in any additional tests. He also refused to submit to Breathalyzer testing and a search warrant was subsequently issued to collect a sample of his blood.

The incident report indicated Mr. Lopez was exhibiting severe mood swings and at one point, he actively resisted being detained by officers. It should also be noted that he had a yellowish white powdery substance in a small clear container located in his pant pocket, which he claimed was CBD powder.

A review of Washington State Department of Licensing (DOL) records revealed that Mr. Lopez was required to have an ignition interlock device, which was not installed on the vehicle he was driving.

Mr. Lopez was booked into the Spokane County Jail and was released on bond on January 2, 2022.

Mr. Lopez is scheduled to appear for his arraignment in Spokane Municipal Court on January 3, 2022, in case number 2A0016835.

2   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of third degree driving while license suspended, on or about January 1, 2022.

On October 19, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must not commit another federal, state or local crime.

As previously noted, on January 1, 2022, Mr. Lopez was arrested by the Spokane Police Department for driving under the influence, Spokane Municipal Court case number 2A0016835. At that time, Washington State DOL also revealed that Mr. Lopez had a suspended license. As such, he was also charged with third degree driving while license suspended.

Mr. Lopez is scheduled to appear for his arraignment in Spokane Municipal Court on January 3, 2022.

Prob12C
Re: Lopez, Sergio Lavelle
January 3, 2022
Page 3

| | | |
|---|---|---|
| | 3 | **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 3, by consuming alcohol and entering an establishment where alcohol is the primary item of sale, on or about January 1, 2022.

On October 19, 2018, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of alcohol and he must not enter into or remain in any establishment where alcohol is the primary item of sale.

As previously noted, on January 1, 2022, Mr. Lopez was arrested by the Spokane Police Department for driving under the influence, Spokane Municipal Court case number 2A0016835. According to the incident report, Mr. Lopez appeared to be intoxicated and alcohol was observed in the vehicle. He also informed officers that he had been coming from the Red Room Bar.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 3, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

01/03/2022
Date