PROB 12C
(6/16)

Report Date: July 14, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Sergio Lavelle Lopez         Case Number: 0980 2:17CR00101-WFN-13

Address of Offender: ███████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 16, 2018

| | |
|---|---|
| Original Offense: | Distribution of a Mixture and Substance Containing a Detectable Amount of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(c) |
| Original Sentence: | Prison - Time Served (5 days)<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 3, 2022) | Prison - 6 months<br>TSR - 30 months |
| Asst. U.S. Attorney: | Timothy John Ohms |
| | Date Supervision Commenced: June 15, 2022 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: December 14, 2024 |

### PETITIONING THE COURT

**To issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/28/2023.

On June 16, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by consuming alcohol on or about June 23, 2023.<br><br>According to Washington State Patrol incident report number 23-010983, on June 23, 2023, the offender was pulled over after he was observed driving erratically on Interstate 90. |

Prob12C
Re: Lopez, Sergio Lavelle
July 14, 2023
Page 2

During the interview with the officer, Mr. Lopez indicated he had consumed beer with friends. A breathalyzer was later administered and he registered .123, .124, and .125 BAC.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court and **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

07/14/2023
Date